UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL H. PETTUS, Bk. #2412340729,<br>Plaintiff,<br>v.<br>J. CROWLEY, Correctional Officer,<br>Defendant(s). | Case No. 25-cv-02260-CRB  (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner currently detained at the San Bernardino County Jail – West County Detention Facility in Rancho Cucamonga, California, for possible resentencing, has filed a pro se complaint for damages under 42 U.S.C. § 1983 alleging that on September 6, 2024, while he was incarcerated at High Desert State Prison (HDSP) in Susanville, California, HDSP correctional officer J. Crowley used excessive force against him.

A substantial part of the events or omissions giving rise to the claim occurred, and the only named defendant resides, in Lassen County, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b).  Venue therefore properly lies in the Eastern District of California. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk is instructed to transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: April 2, 2025

_____
CHARLES R. BREYER
United States District Judge