UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL H. PETTUS,<br><br>           Plaintiff,<br><br>     v.<br><br>J. CROWLEY,<br><br>           Defendant. | No.  2:25-cv-1006 DJC CSK P<br><br><br><u>ORDER</u> |

      Plaintiff is a state prisoner proceeding pro se, currently housed in county custody.  On April 8, 2025, plaintiff was ordered to file a completed application to proceed in forma pauperis, along with a certified copy of his inmate trust account statement for the last six months.  (ECF No. 12.)  On April 25, 2025, plaintiff filed a document styled, "First Time Request of Change of Address."  (ECF No. 16.)  Plaintiff states "he is in transfer motion since 3-14-25," is filing third application to proceed in forma pauperis, and seeks an extension of time to file "any other paperwork."  (<u>Id.</u> at 1.)  Plaintiff also filed another application to proceed in forma pauperis.  (ECF No. 17.)

      Plaintiff is correct that he has now filed three applications to proceed in forma pauperis.  (ECF Nos. 4, 6, 17.)  However, none of the application forms bear the certification by an authorized officer and were not accompanied by plaintiff's certified inmate trust account for the last six months.  Therefore, plaintiff's third application (ECF No. 17) is denied without prejudice

1

because it is incomplete.  Plaintiff is granted an extension of time to file the documents required by the April 8, 2025 order.  Plaintiff is cautioned that simply re-filing the same application without the required certification or accompanied by the certified trust account statement will not comply with the April 8, 2025 order.

In addition, plaintiff claims he is in the process of transferring back to prison, and claims to request a change of address, but plaintiff did not provide a new address in his filing.  Therefore, his address of record remains the same.  Plaintiff is cautioned that pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's April 25, 2025 application (ECF No. 17) is denied without prejudice;

2. Plaintiff's motion for an extension of time (ECF No. 16) is granted;

3. Plaintiff is granted 45 days from the date of this order in which to file a completed affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk of Court, and a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint; and

4. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

5. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  April 30, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/pett1006.36